UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CECCHETELLI, et. al.,<br>   Defendants. | Case No. 19-CR-10459-RWZ |

## TEMPORARY PROTECTIVE ORDER

Upon review of the Motion for Temporary Protective Order filed by the United States in this matter, and for good cause shown based on certain safety and security issues present in this case, the Court issues the following Temporary Protective Order governing discovery. Nothing in this Order shall limit the ability of the parties to seek modifications of this Temporary Protective Order in the future.

a. This Temporary Protective Order shall govern all "Detention Materials" produced by the government in this case from this day forward.

b. The Detention Materials shall be defined as the materials produced to defense counsel that bear the Bates prefix "JENCKS."

c. The term "Defense Team" shall only include attorneys of record in the above-captioned case and any support staff employed by the attorney of record.

d. If an attorney of record wishes to further share Detention Materials with other members of the Defense Team, each defense counsel shall provide a copy of this Temporary Protective Order to the member of the Defense Team with whom Detention Materials are intended to be shared.

e. The Defense Team shall maintain Detention Materials in accordance with this Agreement and Detention Materials shall be used by the Defense Team solely and exclusively in connection with the litigation and trial of this case and any related appeal.

f. Detention Materials shall be accessed, reviewed, and/or copied only by members of the Defense Team. Each defense counsel shall maintain a signed copy of this Order.

g. The Defense Team shall not provide or distribute any copies of any Detention Materials to defendants.

h. The defendants in this case are permitted to review Detention Materials in the presence of a Defense Team member.

i. Violation of this Temporary Protective Order or the attached Agreement shall be subject to sanction. Absent further Order of the Court, the terms of this Temporary Protective Order shall continue to be in effect and binding following the termination of the case.

So Ordered,

_____
HON. MARIANNE B. BOWLER
United States Magistrate Judge

Dated: _____, 2019