UNITED STATES DISTRICT COURT
                            DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,           ) No.19-cr-10459-RWZ
                        Plaintiff   )
           v.                       )
                                    )
MICHAEL CECCHETELLI                 )
                                    )
                        Defendant.  )
_____)

### MOTION TO ADDRESS CLIENT's MEDICAL TREATMENT

Counsel for Defendant MICHAEL CECCHETELLI respectfully moves this Honorable Court to hold a hearing to address the necessary medical treatment that Mr. CECCHETELLI requires while he is being held during pre-trial detention.


Date: December 11, 2019        Respectfully submitted,

                                  /S/ *Michael C. Bourbeau*

                                  MICHAEL C. BOURBEAU BBO #545908
                                  Attorney for Defendant
                                  MICHAEL CECCHETELLI

                                  80 Washington Street, Building K
                                  Norwell, MA 02061
                                  (617) 350-6565


                          Certificate of Service

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of
Electronic Filing (NEF) and paper copies will be sent to those indicated as non
registered participants on the above date.
                          *S/ Michael C. Bourbeau*