```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,            ) No.19-cr-10459-RWZ
                                     )
                 Plaintiff,          )
         v.                          )
                                     )
MICHAEL CECCHETELLI                  )
                 Defendant.          )
_____)
```

## DEFENDANT'S APPLICATION FOR
## AUTHORIZATION OF NECESSARY SERVICES

Defendant MICHAEL CECCHETELLI, by and through his attorney of record and pursuant to 18 U.S.C. section 3006A(e)(i) hereby moves this Honorable Court for an Order authorizing the payment of a copy of the transcripts of all detention hearings for which transcripts have been produced and/or requested.

In support thereof, counsel declares, deposes and says that the testimony in any said proceeding is likely to be relevant and material to further proceedings in this RICO case, where each defendant faces potential liability for the reasonably foreseeble acts of others in furtherance of the alleged enterprise. The government already has access to these transcripts and all counsel should have the same access rather than just the particular counsel requesting them.

WHEREFORE counsel for defendant respectfully seeks authorization of the funds sought herein.

Date: February 1, 2020        Respectfully submitted,

*S/ Michael C. Bourbeau*

MICHAEL C. BOURBEAU, BBO # 545908
BOURBEAU & BONILLA, LLP
80 Washington St., Building K
Norwell, MA 02061
(617) 350-6565

Attorney for Defendant
MICHAEL CECCHETELLI

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

*S/ Michael C. Bourbeau*