UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 19-10459-RWZ

UNITED STATES OF AMERICA

v.

MICHAEL CECCHETELLI, *et al.*

ORDER

February 6, 2020

ZOBEL, S.D.J.

It is hereby ORDERED that Russell M. Aoki is appointed as Coordinating Discovery Attorney for CJA defense counsel.

The Coordinating Discovery Attorney is authorized to oversee any discovery management issues that are common to all defendants. His responsibilities will include:

- Assisting defense counsel to manage and review discovery produced by the Government and relevant third-party information common to all defendants;

- Assessing the amount and types of case data to determine what types of technology should be evaluated and used to avoid duplicative costs and to ensure efficient organization and review;

- Acting as a liaison with federal prosecutors to facilitate the timely and effective exchange of discovery;

- Identifying, evaluating, and engaging third-party vendors and other litigation support services;

- Assessing the needs of individual parties and identifying any additional vendor support that may be required – including copying, scanning, forensic imagining, data processing, data hosting, trial presentation, and other technology depending on the nature of the case;

- Identifying any additional human resources that may be needed by individual parties for the organization and substantive review of information;
- Providing training and support services to defense teams as a group and individually.

Any discovery issue specific to any particular defendant shall be addressed by defense counsel directly with the Government and not through the Coordinating Discovery Attorney. The Coordinating Discovery Attorney's duties do not include providing individual representation services, and therefore the Coordinating Discovery Attorney will not establish an attorney-client relationship with any of the defendants.

The Government shall provide a copy of all discovery to the Coordinating Discovery Attorney unless otherwise agreed, subject to any Protective Order entered in this case.

The Coordinating Discovery Attorney's time (and the time spent by his staff) shall be paid by the Administrative Office of the U.S. Courts, Defender Services Office.

The Coordinating Discovery Attorney shall petition this Court, *ex parte* (with copies to defense counsel and the First Circuit Case Budgeting Attorney) for funds for outside services and shall monitor all vendor invoices for such services to confirm that work was performed as agreed. All petitions for outside services shall include a basis for the requested funds and affirmation that the costs of the services are reasonable.

The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports (with copies to defense counsel and the First Circuit Case Budgeting Attorney) describing the status of work and, if any third-party services are

used, whether those services are expected to remain within the budget authorized by the Court.

| February 6, 2020 | /s/ Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | SENIOR UNITED STATES DISTRICT JUDGE |