UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 19-cr-10459-RWZ |
| MICHAEL CECCHETELLI et al, | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF A GLOBAL TEMPORARY PROTECTIVE ORDER**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Local Rule 116, the United States and all defendants hereby jointly submit an agreed temporary protective order, attached as **Exhibit A**, which will allow the United States and the defendants to proceed with the production, and review by the defense, of discovery in this matter while the United States and the defendants undertake to agree upon, or litigate, the terms of a Final Protective Order as requested by the Court in its February 12, 2020 Order [D. 508].

This temporary protective order shall remain in effect until the entry of a subsequent protective order, or, until such time as the Court declines to issue any protective order.

Without prejudice to any arguments to be made with respect to the entry, scope, or denial, of any future protective order in this matter, the United States and the above captioned defendants wish to proceed with the production, and review by the defense, of discovery in this matter.

Further, without prejudice to any arguments to be made with respect to the entry, scope, or denial, of any future protective order in this matter, the parties to this agreement agree that a *temporary* protective order for the discovery materials is warranted while the parties continue to litigate the terms of a subsequent protective order.

WHEREFORE, the United States and the above captioned defendants jointly request that this Court enter the proposed temporary protective order attached hereto as **Exhibit A**.

        Respectfully submitted,

        ANDREW LELLING
        UNITED STATES ATTORNEY

By:   /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney

### Certificate of Compliance

The government has conferred with representatives for all defense counsel with respect to the protective order and those attorneys, on behalf of all, join the motion for the reasons stated herein.

        /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney

Dated: March 25, 2020