UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CECCHETELLI, et. al.,<br><br>Defendant | CRIMINAL No. 19-CR-10459-RWZ |

**GOVERNMENT'S SECOND PRELIMINARY STATUS REPORT OF PROPOSED TRIAL GROUPINGS**

In response to the Court's request at the last status conference, the government files the following list of preliminary proposed trial groups specifying groups of two Defendants. The government hereby complies with that request, with the understanding that some of the groups contain three Defendants, and will necessarily be subject to amendment in the coming weeks in order to account for Defendants pleading guilty.

As a general matter, fifteen Defendants have pled guilty, and multiple Defendants are scheduled to plead guilty or are in the process of scheduling their guilty plea. These Defendants are not set forth in this report.[1]

The government is also engaged in active plea discussions with approximately fifteen of the remaining Defendants. These Defendants are set forth in this report. The government anticipates a good number of the remaining Defendants will change their plea in the coming weeks. Additionally, many Defendants are capable of inclusion in multiple trial groups. In the

---

[1] These Defendants are Raekwan Paris, Ines Lugo, and Dairon Rivera.

event that a trial group has an open slot, the government anticipates proposing that certain Defendants take those positions, if the circumstances permit.

Massachusetts State Team \ North Shore \ Lowell
1. Michael Cecchetelli
2. Esther Ortiz

1. Gregory Peguero-Colon
2. Alfred Nieves

1. Israel Rodriguez
2. Juan Liberato

Massachusetts State Team \ Morton Street Bricks
1. Angel Roldan
2. Angel Calderon
3. Alexis Velasquez

1. Francisco Lopez
2. Michael Marrero

Mass DOC Group
1. Frutuoso Barros
2. Shaun Harrison
3. Vincent Dzierwinski

D5K Group
1. Steven Familia Valdez
2. Robert Lara
3. Angel Rodriguez

New Bedford Trial Groups
1. Michael Cotto
2. Kevin Guadalupe

1. Jose Rodriguez
2. Robert Avitabile
3. Luis Mendez

1. Orlando Santiago-Torres
2. Natanael Velasquez

1. Issac Felix-Rivera
2. Roberto Vargas

1. Tanairy Ruiz
2. Jose Vasquez

1. Jeremia Medina
2. Tyson Jorge

Drug Conspiracy, Count 4
1. Sophia Velasquez

Felon in Possession, Count 5
1. Hector Adorno

Drug Conspiracy, Count 6
1. Jesus Diaz

Felon in Possession, Count 7
1. Jonathan Cassiano

Felon in Possession, Count 9
1. Derek Southworth

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: October 7, 2020

*/s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney