UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) No. 19-CR-10459-RWZ ) ) |
| MICHAEL CECCHETELLI, ET AL.,     Defendant | ) ) ) |

NOTICE OF APPEARANCE

I hereby give notice of my appearance as counsel for the United States of America in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:     <u>/s/ Sarah B. Hoefle</u>
SARAH B. HOEFLE
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston MA 02210
617-748-3120

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ Sarah B. Hoefle</u>
SARAH B. HOEFLE
Assistant U.S. Attorney

Date: November 30, 2020