UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )   | No.19-cr-10459-RWZ |
| Plaintiff    ) | |
| v.    ) | |
| MICHAEL CECCHETELLI    ) | |
| Defendant.    ) | |

**ASSENTED TO MOTION FOR RULE 11 HEARING**

Defendant MICHAEL CECCHETELLI, by and through his attorney of record, respectfully moves this Honorable Court to set a change of plea hearing, via video conference, on the within Indictment pursuant to F.R.Cr.P. Rule 11. The government assents to this request.

Date: March 1, 2021          Respectfully submitted,

/S/ *Michael C. Bourbeau*

MICHAEL C. BOURBEAU BBO #545908
Attorney for Defendant
MICHAEL CECCHETELLI

80 Washington Street, Building K
Norwell, MA 02061
(617) 350-6565

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

S/ *Michael C. Bourbeau*